IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VonCedric Kelley II

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Anne Arundel County Public Schools
Mark Bedell

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

USDC-BALTIMORE
'24 MAY 23 PM 4:10

**Complaint for a Civil Case**

Case No. SAG 24 CV 1502

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

HD
Rcv'd by: AR

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Von Cedric Kelley II
Street Address: 22 Gwynnswood rd
City and County: Owings Mills Baltimore County
State and Zip Code: Maryland 21117
Telephone Number: 240-440-5309
E-mail Address: vklppa42@icloud.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Anne Arundel County Public Schools
Job or Title (if known): Mark Bedell
Street Address: 2644 Riva Road
City and County: Annapolis, Anne Arundel County
State and Zip Code: Maryland 21401
Telephone Number: 410-222-5000
E-mail Address (if known):

2

Defendant No. 2

    Name _____

    Job or Title
    (if known) _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address
    (if known) _____

Defendant No. 3

    Name _____

    Job or Title
    (if known) _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address
    (if known) _____

Defendant No. 4

    Name _____

    Job or Title
    (if known) _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address
    (if known) _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

190 other Contract, 720 Labor/Management Relations, 791 Employee Retirement Income Social Security Act, 790 Other Labor Litigation, 375 False Claims Act

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Von Cedric Kelley II, is a citizen of the State of *(name)* Maryland.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b.  If the defendant is a corporation

        The defendant, *(name)* __Anne Arundel County Public Schools__, is incorporated under the laws of the State of *(name)* __Maryland__, and has its principal place of business in the State of *(name)* __Maryland__. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    1,000,000 is what's requested because of the damages that have been done to my career. This includes what has been done due to the fraud, misappropriation of funds, breach of contract from money not being paid to its entirety, being contacted outside my work place from entrapment and other means. This amount is also the amount that was and will be made from the individuals and school district from imitating and stealing my teaching techniques without my knowledge.

    5

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

① False Claim Act is one thing in question because when I, the Plaintiff VonCedric Kelley started to work for Anne Arundel County Public Schools I asked why was my name with a digital signature on the paperwork for other schools with no definitive answer. Then when I ~~received~~ was suppose to receive my first check I was never given or sent a copy, after several attempts.

② With the claim of retirement being handled negligently, I ~~never~~ wasn't given into my account the money that I paid into retirement.

③ I made several attempts to try to resolve the situation but was never given a definitive answer. When I took leave from work until my questions were answered I was terminated. Then I received a letter stating that I was retired. The amount of money I worked for to be paid in the summertime. Also, a check issued to me was cancelled.

④ All the ideas I sent to my supervisor for me to do such as clubs, field trips, and other ideas, as I was told, were being sent to someone else I never met. However, I was told there was no money for field trips and when I suggested the clubs I was told to work under someone else. However, there were clubs and field trips made in the same model of ideas that I submitted.

⑤ Through snapchat I was constantly contacted by students and teachers as entrapment and other means because due to the contract I'm not suppose to be in contact with students in social media. Also, the teacher who contacted me out of work through snapchat I had a meeting about with inclusion issues of the school meeting. So, it was a form of unwanted communication.

IV.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I the Plaintiff, VonCedric Kelley II, am currently working on the total amounts of what I wasn't paid. I wasn't paid the amount I was supposed to be paid weekly, and that effects the amount that was supposed to be put into my Retirement and Payment over the Summer. I will submit that amount which is below 20,000 dollars. However as I stated previously in this document, the teaching tactics I implemented was copied without my knowledge. Then, through Coercion and other means and actions I was made to look incompetent. The harrassment from Social Media alone in itself would cause a individual emotional damage.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 23, 2024

Signature of Plaintiff    VonCedric Kelley II
Printed Name of Plaintiff VonCedric Kelley II

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney _____
Bar Number              _____
Name of Law Firm        _____
Address                 _____
Telephone Number        _____
Email Address           _____