# UNITED STATES DISTRICT COURT
for the
District of Maryland

VonCedric Kelley II

Name of Plaintiff(s).
*Plaintiff*

v.

**Anne Arundel County Public Schools**
*Defendant*

Civil Action No. **1:24-cv-01502-SAGCase No.**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Anne Arundel County Public Schools
2644 Riva rd
Annapolis, MD 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
VonCedric Kelley II
22 Gwynnswood rd
Owings Mills, MD 21117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: Date. 7/9/2024

*Signature of Clerk or Deputy Clerk*

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** VonCedric Kelley II | **COURT CASE NUMBER** 24cv1502 |
| **DEFENDANT** Mark Bedell Anne Arundel County Public Schools | **TYPE OF PROCESS** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Alison Mikeska Principal Old Mill
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
600 Patriot Lane Millersville, MD 21108

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
VonCedric Kelley II
22 Gwynnswood rd Owings Mills, MD 21117

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

~~VonCedric Kelley II~~
~~22 Gwynnswood rd Owings Mills 21117~~

Signature: VonCedric Kelley II
on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
**TELEPHONE NUMBER** 240-440-5309
**DATE** 07/02/24

---
**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Form USM-285
Rev. 03/21