# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Von Cedric Kelley II | SAG-24-1502 |
| DEFENDANT | TYPE OF PROCESS |
| Dr. Mark Bedell | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dr. Mark Bedell Anne Arundel County Public Schools Superintendent
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2644 Riva Rd Annapolis, MD 21401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Von Cedric Kelley II
22 Gwynnswood rd
Owings Mills, MD 21117

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

USDC - BALTIMORE
'24 SEP 19 PM 2:48

Signature of Attorney other Originator requesting service on behalf of:
[✓] PLAINTIFF
[ ] DEFENDANT
Von Cedric Kelley II
TELEPHONE NUMBER: 240-440-5309
DATE: 06/21/24

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 037
District to Serve: No. 037
Signature of Authorized USMS Deputy or Clerk: Rebecca Patten
Date: 6/24/24

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[✓] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 9/19/24
Time: [ ] am [ ] pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy: Rebecca Patten

Costs shown on attached USMS Cost Sheet >>  $8.00

REMARKS: Service sent on 6/21/24 via cert delivery mail. Per USPS it was delivered on June 26 @ 1:45. No green card returned. USMS must return as unexecuted.

HD
Rcv'd by: AR

Form USM-285
Rev. 03/21

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052702164724898

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:45 pm on June 26, 2024 in ANNAPOLIS, MD 21401.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
Delivered, Front Desk/Reception/Mail Room

ANNAPOLIS, MD 21401
June 26, 2024, 1:45 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| VonCedric Kelley II | 24cv1502 |
| DEFENDANT | TYPE OF PROCESS |
| Mark Bedell Anne Arundel County Public Schools | |

SERVE AT: Alison Mikeska Principal Old Mills
ADDRESS: 600 Patriot Lane Millersville, MD 21108

USDC- BALTIMORE
'24 SEP 19 PM 2:48

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
VonCedric Kelley II
22 Gwynnswood rd Owings Mills, MD 21117

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

~~VonCedric Kelley II~~
~~22 Gwynnswood rd Owings Mills 21117~~

Signature: VonCedric Kelley II     on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 240-440-5309
DATE: 07/02/24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated
Total Process: 1
District of Origin No.: 037
District to Serve No.: 037
Signature of Authorized USMS Deputy or Clerk: Rebecca Patton
Date: 7/9/24

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 9/19/24

Signature of U.S. Marshal or Deputy: Rebecca Patton

$8.00   Costs shown on attached USMS Cost Sheet >>  $8.00

REMARKS: Service sent on 7/2/24 via USPS cert/rest delivery. USPS unable to locate or track package. USMS must return as unexecuted.

HD
Rcv'd by: AB

Form USM-285
Rev. 03/21

Remove ✕

**Tracking Number:**

## 9589071052702164719368

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Information Available Soon

USPS doesn't yet have a status update on this item shipped from the Post Office. Information is usually updated within the hour of your visit. Please check back soon.

**Track Another Package**

Enter tracking or barcode numbers

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**